1  DRINKER BIDDLE & REATH LLP
2  Kate S. Gold (SBN 156117)
   kate.gold@dbr.com
3  1800 Century Park East, Suite 1400
4  Los Angeles, California 90067-1517
   Telephone: (310) 203-4000
5  Facsimile: (310) 229-1285

6
   DRINKER BIDDLE & REATH LLP
7  Gerald S. Hartman (*Pro Hac Vice* Pending)
8  jerry.hartman@dbr.com
   1500 K Street, N.W.
9  Washington, DC 20005-1209
   Telephone: (202) 842-8800
10 Facsimile: (202) 842-8465

11

12 Attorneys for Defendant
   EMCOR GOVERNMENT SERVICES, INC.
13

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16

17

18 | RENATO CUENCA, an individual, | Case No. |
   |  |  |

   **CV11-05102** CAS (JEMX)

19            Plaintiff,                    **NOTICE OF REMOVAL OF STATE**
20 v.                                       **COURT ACTION UNDER 28 U.S.C.**
                                            **§§ 1331, 1441(b) AND 1446 BY**
21 EMCOR GOVERNMENT                         **DEFENDANT**
22 SERVICES, a business form unknown;
   and DOES 1 through 100, inclusive,       [Los Angeles Superior Court Case No.
23                                          BC461767]
            Defendants.
24
                                            [Removed concurrently with related
25                                          LASC Case No. BC461766, Jorgenson
26                                          v. Emcor, et al.]
27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1023123.1                           NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF RENATO CUENCA AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Emcor Government Services, Inc. ("Defendant") hereby invokes this Court's jurisdiction and removes the state court action described below from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California.

1.     This Notice of Removal is filed pursuant to, and this Court has jurisdiction by virtue of, the provisions of 28 U.S.C. §§ 1332, 1441(b) and 1446.

2.     On May 17, 2011, plaintiff Cuenca ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles entitled *Cuenca v. Emcor Government Services, and Does 1 through 100,* Los Angeles Superior Court Case No. BC461767 (the "State Court Action").

3.     Defendant was served in the State Court Action on May 20, 2011, including with a copy of the Summons, Complaint for Damages and related documents (the "Complaint").  A true and correct copy of Plaintiff's Complaint is attached as Exhibit A to this Notice.

4.     This is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because (1) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and (2) Plaintiff is a citizen of California and Defendant is not a citizen of California, but rather, is incorporated in the State of Maryland and has its headquarters and principal place of business in the State of Virginia.  This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because Defendant is not a citizen of California.

5.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of service of the Complaint by Defendant.

6.     The territorial coverage of the United States District Court for the

1   Central District of California embraces the county and court in which the State

2   Court Action is now pending.  28  U.S.C. § 84(c).  Therefore, this action is properly

3   removed to this Court pursuant to 28 U.S.C. § 1441(a).

4          7.     This removal is authorized by Defendant, the only named defendant in

5   this action.  Defendant is informed and believes, and on that basis alleges, that none

6   of the Doe defendants in this action have been named or served.  Therefore, it is not

7   necessary to obtain any other defendant's consent to, or joinder in, this removal.

8          8.     As required by 28 U.S.C. § 1446(d), Defendant will provide written

9   notice of the filing of this Notice of Removal to all other parties to this action and

10  will promptly file a copy of this Notice of Removal with the Clerk of the Superior

11  Court of the State of California for the County of Los Angeles.

12         WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, Defendant

13  hereby removes this case from the Superior Court of the State of California for the

14  County of Los Angeles to the United States District Court for the Central District of

15  California.

16

17  Dated:    June 17, 2011                      Respectfully submitted,

18                                               DRINKER BIDDLE & REATH LLP

19

20                                               By: _____

21                                                    Kate S. Gold

22                                               Attorneys for Defendant
                                                 EMCOR GOVERNMENT SERVICES,
23                                               INC.

24

25

26

27

28

**PROOF OF SERVICE**

I, Mary T. Avila, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1800 Century Park East, Suite 1400, Los Angeles, California 90067-1517. On June 17, 2011, I served a copy of the within document(s):

**NOTICE OF REMOVAL OF STATE COURT ACTION UNDER 28 U.S.C. §§ 1332, 1441(b) AND 1446 BY DEFENDANT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Victor L. George
Wayne C. Smith
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., 1st Floor
Torrance, CA 90503
Phone: (310) 698-0990
Fax: (310) 698-0995
Email:  vgeorge@vgeorgelaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -                                    NOTICE OF REMOVAL

U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 17, 2011, at Los Angeles, California.

_____
Mary T. Avila

- 5 -                              NOTICE OF REMOVAL

# EXHIBIT A

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAY 17 2011

John A. Clarke, Executive Officer/Clerk
BY_____, Deputy
Shaurya Wesley

1  Victor L. George, State Bar No. 110504
   Wayne C. Smith, State Bar No. 122535
2  LAW OFFICES OF VICTOR L. GEORGE
   20355 Hawthorne Blvd., 1st Floor
3  Torrance, CA 90503
   Telephone:   (310) 698-0990
4  Facsimile:   (310) 698-0995
   E-mail:   vgeorge@vgeorgelaw.com
5
   Attorneys for Plaintiff
6  RENATO CUENCA, an individual

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

10

11
   RENATO CUENCA, an individual,          CASE NO.  BC461767
12
                Plaintiff,
13                                         COMPLAINT FOR DAMAGES
14        v.                               1. STATUTORY DISCRIMINATION
                                              IN VIOLATION OF FEHA (AGE);
15 EMCOR GOVERNMENT SERVICES, a
   business form unknown; and DOES 1       2. VIOLATION OF PUBLIC POLICY
16 through 100, inclusive,
                                           DEMAND FOR JURY TRIAL
17             Defendants.

18

19

20              PRELIMINARY FACTUAL INFORMATION

21        1.      Plaintiff RENATO CUENCA, hereinafter referred to as "Plaintiff" is and at

22 all times mentioned herein, was an individual and a resident of the State of California.

23 Hereinafter, Plaintiff RENATO CUENCA, may be referred to as "Plaintiff."

24        2.      Plaintiff is informed and believes and thereupon alleges that Defendant

25 EMCOR GOVERNMENT SERVICES, a business form unknown (hereinafter "EMCOR")

26 is located at 4800 Oak Grove Drive, Pasadena, CA 91109 in the County of Los Angeles,

27 State of California and was so during all pertinent times referred to herein.

28 ///

─────────────── EXHIBIT A ───────────────

3.      It is understood and believed that the Defendant, EMCOR, does business in every part of Los Angeles County, California.

4.      Defendants, DOES 1 through 100, inclusive, are sued herein under fictitious names, their true names and capacities, whether individual, corporate, associate, or otherwise, being presently unknown to Plaintiff. Plaintiff will seek relief from this court to amend this complaint to designate the true names and capacities of Defendants DOES 1 through 100, inclusive, when same have been ascertained. The Defendants designated as DOES 1 through 100, inclusive, and each of them, are or were otherwise responsible for all of the acts hereinafter alleged.

5.      Plaintiff is informed and believes and thereupon alleges that both named Defendants, and each of them, are now and, at all times herein mentioned were alter egos, partners, co-owners, associates, joint venturers, principals and agents and/or employers-employees of each other and acted within the scope of such alter ego, partnership, association, joint venture, agency, and/or employment in performing the acts and omissions alleged in this complaint.

6.      At all times herein, Defendants, and each of them were the principals and agents, and employers and employees of each other, and were acting within the scope of their agency and employment and by and through their officers, managers, supervisors, agents and employees, and with each Defendants' authorization, permission, consent and ratification.

7.      At all times, the actions by Defendants, and each of them, were done under the authorization, consent, instruction and approval, express or implied, of each of the other and were duly ratified by defendants, and each of them, and imputed to each of them.

8.      Plaintiff, RENATO CUENCA, age 63, was born on November 8, 1947, and was hired on September 1991 as an HVAC repairman. He had worked for EMCOR for 19 years. Plaintiff was inexplicably and suddenly fired on July 7, 2010. The last position Plaintiff held with EMCOR was as a stationary engineer.

9.      While Plaintiff was employed by Defendants Plaintiff suffered discrimination, violations of his individual rights and violation of his rights guaranteed by public policy,

2

COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 8

1   based on his age.

2       10.    Defendants, and each of them, including all persons working for Defendants,

3   were in a position superior to Plaintiff and were aware of the discrimination to Plaintiff,

4   allowed it to exist, did not investigate the situation the way they should have, did not report

5   back to Plaintiff regarding any results of any investigation and did not remedy the situation

6   and surely did nothing to prevent it. EMCOR failed to provide any warning, do any

7   progressive discipline, etc., simply firing Plaintiff.

8       11.    Defendants, and each of them, and the officers, directors and managing agents

9   of Defendants were aware of and had notice of the discriminatory conduct suffered by

10  Plaintiff in his work environment, and had the right, duty and power to prevent it, yet nothing

11  was effectively done to stop it. Defendants failed to provide Plaintiff progressive discipline

12  required before termination, violating their own policies.

13      12.    Having to work for and under Defendants, and each of them, and with

14  Defendant bosses, supervisors, officers, directors, owners and managers failing to remedy

15  the situation, has caused and continues to cause Plaintiff great injuries, losses and damages.

16      13.    Plaintiff pursued his administrative remedies by filing claims with the

17  California Department of Fair Employment and Housing (DFEH) for statutory violations

18  including those for discrimination and retaliation and was granted a "right to sue" prior to

19  the filing of this complaint.

20      14.    Defendants herein interfered and attempted to interfere by intimidation and

21  coercion with the exercise and enjoyment by Plaintiff of rights secured by the Constitution

22  and laws of California, and as a result, Plaintiff was caused to suffer past, present and future

23  injuries, damages and losses.

24      15.    The unwelcome discrimination allowed to be made by Plaintiff's supervisors

25  and management created an intimidating, hostile and offensive environment and situation for

26  Plaintiff, all to his past, present and future damages, injuries and losses.

27      16.    The discrimination and retaliation that caused Defendant to simply dispose

28  of Plaintiff after an excellent 19 years, caused Plaintiff great concern, disgrace and severe

EXHIBIT A PAGE 9

1  emotional distress and offensively and substantially intruded into and violated Plaintiff's

2  privacy, causing him great and continuing damage and loss.

3      17.  At the time of his termination, Plaintiff was receiving the following

4  compensation and benefits:

5      a.  $27.00 per hour;

6      b.  Full medical, dental and vision coverage;

7      c.  5 paid sick days per year;

8      d.  4 weeks paid vacation per year;

9      e.  Disability insurance, both short and long term;

10      f.  401K retirement plan; amd

11      g.  Annual bonuses;

12      18.  Because of Plaintiff's great fear, emotional distress, anxieties, physical

13  symptoms, feelings of powerlessness and helplessness stemming from the discriminatory,

14  hostile, unwelcome and tortuous conduct and conditions at work, Plaintiff has, is and will

15  be caused to suffer past, present and future damages and losses.

16      19.  The conduct of Defendants and the conditions allowed to exist at work were

17  violative of public policy and laws of the State of California including, but not limited to: the

18  Constitution of the State of California, including Article I section 8; California Government

19  Code Sections 12900, et seq., including, but not limited to sections 12920, 12921, 12940,

20  12950, etc.

21      20.  As a result of the conduct of Defendants and the conditions allowed to exist

22  at Plaintiffs' place of work, Plaintiff is, was and will continue to be caused to suffer damages,

23  in an amount to be determined according to proof at trial, and which includes but is not

24  limited to, past, present and future injuries, damages, severe emotional distress and losses,

25  costs and attorney fees.

26      21.  Plaintiff pursued his administrative remedies by filing claims with the

27  California Department of Fair Employment and Housing against all Defendants herein,

28  within one year of the continuing discrimination and the California Department of Fair

1  Employment and Housing closed their files and granted the right to sue prior to the filing of
2  this lawsuit.

### FIRST CAUSE OF ACTION

4  (Statutory Discrimination Against All Defendants and Does 1 through 100)

5      22.    Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through
6  21 and incorporates the same by reference as though fully set forth herein.

7      23.    At all times set forth herein, Defendant's actions were violative of public
8  policy and laws of the State of California including, but not limited to: the Constitution of
9  the State of California, including Article I section 8; California Government Code Sections
10  1290, et seq., including, but not limited to sections 12920, 12921, 12940, 12950, etc.

11      24.    As a result of the statutory violations, Plaintiff suffered damages, in an
12  amount to be determined according to proof at trial, but in excess of the jurisdictional
13  minimum of this Court and includes past, present and future damages, injuries, losses, costs
14  and attorney fees.

15      25.    Plaintiff was employed by EMCOR beginning in or about 1990 for 20
16  consecutive years until July 7, 2010 when Defendants terminated Plaintiff's employment with
17  Defendant. At the time of his discharge, Plaintiff was employed by Defendant as an
18  electrician.

19      26.    Defendant EMCOR is an employer within the meaning of California
20  Government Code § 12926(d), and § 12940(h)(3), employing over 50 persons.

21      27.    Plaintiff was qualified for the position, having at all times performed the
22  duties of the position with a high degree of competency.

23      28.    Despite his qualifications, Plaintiff was subjected to discrimination, and was
24  discharged by Defendant EMCOR due to the continual and repeated discrimination at
25  Plaintiffs' work environment with Defendant EMCOR.

26      29.    The Plaintiff was subjected to discrimination as well as being denied rights
27  and customary privileges of employment which other employees enjoyed.

28  ///

30.    The above-described conduct by Defendants resulted in the termination of Plaintiff's employment with Defendant EMCOR. Defendant's conduct as herein-described was so severe and pervasive as to alter the terms and conditions of Plaintiff's employment. Defendants failed to correct the problem.  As a direct and proximate result of Defendants' conduct, Plaintiff's employment with Defendant EMCOR was terminated.

31.    Defendants' conduct as herein alleged violated the California Fair Employment and Housing Act ("FEHA"), California Government Code, including but not limited to: Section 12940, in that it constituted unlawful discrimination based on Plaintiff's age as well as failure to prevent such discrimination.

32.    As a result of the statutory discriminatory treatment and violations, set forth herein by Plaintiff, Plaintiff suffered injuries, damages, economic losses and emotional distress, past, present and future and have already and will incur attorney fees and costs in prosecuting this action.

33.    Because the acts taken toward Plaintiff's were carried out by managerial employees and partners of Defendants acting in a deliberate, cold, callous and intentional manner in order to injure and damage Plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an amount according to proof at the time of trial.

**SECOND CAUSE OF ACTION**

**(Violation of Public Policy as Against All**

**Defendants and Does 1 to 100)**

34.    The allegations of paragraphs 1 through 33 are incorporated herein by reference.

35.    The above referenced actions of Defendants constitutes a wrongful termination of Plaintiff in violation of the public policy of the State of California as reflected in its laws and policies. Said laws include, but are not limited to, Article I, Section 8 of the Constitution, as well as <u>Government Code</u> §12900, <u>et seq</u>.  Defendants were obligated to refrain from discharging Plaintiff, or any employee, for reasons which violate or circumvent said policies or objectives which underlie <u>FEHA/Government Code §12940-12965.</u>

1    Plaintiff's age (63 years) cannot be a motivating fact for Plaintiff's termination.

2        36.     As a direct result of the aforesaid acts of Defendants, Plaintiff lost, and will

3 continue to lose, income and benefits, in an amount to be proven at trial. Plaintiff has become

4 distressed, aggravated and embarrassed. This wrongful termination is a substantial factor in

5 causing damage and injury to Plaintiff as set forth in paragraph twenty (20) above.

6        37.     As a direct result of the aforesaid acts of Defendants, Plaintiff has become

7 mentally upset, distressed and aggravated and has suffered, and will continue to suffer,

8 humiliation, embarrassment, loss of self-confidence/pride and mental and/or emotional

9 distress. Thereby, Plaintiff claims general damages for mental distress and aggravation in

10 a sum according to proof at the time of trial.

11        38.     Because the acts taken toward Plaintiff were carried out by managerial

12 employees of Defendant acting in a deliberate, cold, callous and intentional manner in order

13 to injure and damage Plaintiff, Plaintiff requests the assessment of punitive damages against

14 Defendants in an amount according to proof at the time of trial.

15

16                         **PRAYER FOR RELIEF**

17       WHEREFORE, Plaintiff RENATO CUENCA requests relief against Defendants, and

18 each of them, as follows:

19                 **AS TO THE FIRST CAUSE OF ACTION:**

20        1.      That Plaintiff be awarded general and compensatory damages, including

21 prejudgment interest, in an amount according to proof at trial;

22        2.      That Plaintiff be awarded costs of suit and interest incurred as provided by

23 law;

24        3.      That Plaintiff be awarded punitive damages;

25        4.      That Plaintiff be awarded statutory attorneys' fees; and

26        5.      That this Court award such other and further relief as the Court deems just

27 and proper.

28    ///

## AS TO THE SECOND CAUSE OF ACTION

1.    That Plaintiff be awarded general and compensatory damages, including prejudgment interest, in an amount according to proof at trial;

2.    That Plaintiff be awarded costs of suit and interest incurred as provided by law;

3.    That Plaintiff be awarded punitive damages;

4.    That this Court award such other and further relief as the Court deems just and proper.

Dated:  May 13, 2011

LAW OFFICES OF VICTOR L. GEORGE

By: _____

WAYNE C. SMITH
VICTOR L. GEORGE
Attorneys for Plaintiff
RENATO CUENCA

8
COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 14

## DEMAND FOR JURY TRIAL

Plaintiff, RENATO CUENCA, hereby demand trial by jury in this action now before the Court.

Dated: May 13, 2011

LAW OFFICES OF VICTOR L. GEORGE

By: _____
WAYNE C. SMITH
VICTOR L. GEORGE
Attorneys for Plaintiff,
RENATO CUENCA

9
COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 15

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Wayne C. Smith, SBN 122535<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd., 1st Floor<br>Torrance, CA 90503 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>**MAY 17 2011**<br><br>John A. Clarke, Executive Officer/Clerk<br>BY _____, Deputy<br>Shanya Wesley |

TELEPHONE NO.: 310-698-0990   FAX NO.: 310-698-0995
ATTORNEY FOR *(Name)*: Plaintiff RENATO CUENCA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

CASE NAME: RENATO CUENCA v. EMCOR GOVERNMENT SERVICES

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount     (Amount<br>demanded    demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BC 461767 |
| | | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[X] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify)*: TWO (2)
5. This case [X] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: May 13, 2011

Wayne C. Smith, SBN 122535
(TYPE OR PRINT NAME)           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

**EXHIBIT A PAGE 16**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

EXHIBIT A PAGE 17

| SHORT TITLE: CUENCA v. EMCOR GOVERNMENT SERVICES | CASE NUMBER |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 10 [ ] HOURS/ [X] DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type Of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070 Asbestos Property Damage<br>☐ A7221 Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons<br>☐ A7240 Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250 Premises Liability (e.g., slip and fall)<br>☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270 Intentional Infliction of Emotional Distress<br>☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

EXHIBIT A PAGE 18

| SHORT TITLE: CUENCA v. EMCOR GOVERNMENT SERVICES | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013 Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☒ A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109 Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2.; 5. |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032 Quiet Title | 2., 6. |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

EXHIBIT A PAGE 19

| SHORT TITLE: CUENCA v. EMCOR GOVERNMENT SERVICES | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

EXHIBIT A PAGE 20

| SHORT TITLE: CUENCA v. EMCOR GOVERNMENT SERVICES | CASE NUMBER |
|---|---|

**Item III.** *Statement of Location:* Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 4800 Oak Grove Drive |
|---|---|

| CITY: Pasadena | STATE: CA | ZIP CODE: 91109 |
|---|---|---|

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Stanley Mosk___ courthouse in the ___Central___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

LAW OFFICES OF VICTOR L. GEORGE

Dated: May 13, 2011

(SIGNATURE OF ATTORNEY/FILING PARTY)

WAYNE C. SMITH
ATTORNEYS FOR PLAINTIFF

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

EXHIBIT A PAGE 21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 5102 CAS (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| RENATO CUENCA, an individual | EMCOR GOVERNMENT SERVICES, INC., a business form unknown, and DOES 1 through 100, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Victor L. George (Bar No. 110504) <br> LAW OFFICES OF VICTOR L. GEORGE <br> 20355 Hawthorne Blvd., 1st Floor <br> Torrance, CA 90503 <br> Phone: (310) 698-0990; Fax: (310) 698-0995 | Kate S. Gold (Bar No. 156117) <br> DRINKER BIDDLE & REATH LLP <br> 1800 Century Park East, Ste. 1400 <br> Los Angeles, CA 90067 <br> Phone: (310) 203-4000; Fax: (310) 229-1285 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1332 and 1441

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | |
|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | |

Additional nature-of-suit entries:
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
☐ 441 Voting
☒ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities – Employment
☐ 446 American with Disabilities – Other
☐ 440 Other Civil Rights

**FOR OFFICE USE ONLY:**  Case Number: _____   CV11-05102

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

P.002

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): James Scott Jorgenson v. Emcor, et al., LASC Case No. BC461766 (concurrently removed)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☒ A. Arise from the same or closely related transactions, happenings, or events; or
  ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | State of Virginia |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Kate S. Gold_ /ma   Date June 17, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com