1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO CUENCA, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>EMCOR GOVERNMENT SERVICES, a business form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV 11-05102-CAS (JEMx)<br>[Assigned to the Hon. Christina A. Snyder]<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS** |
| JAMES SCOTT JORGENSON, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>EMCOR GOVERNMENT SERVICES, a business form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV 11-06548-CAS (JEMx) |

1    Having considered the Stipulation Regarding Protective Order Regarding
2  Confidential Documents submitted jointly by plaintiffs Renato Cuenca and James
3  Scott Jorgenson and defendant Emcor Government Services, Inc., and good cause
4  appearing therefor, this Court hereby ENTERS the protective order attached to this
5  Order as Exhibit "A."

6

7  Dated: May 15, 2012                    /s/John E. McDermott_____
                                          United States Magistrate Judge
8